# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141894

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EXECUTIVE PROPERTY DEVELOPMENT,
LLC,
      Plaintiff-Appellant,

v

NAUTILUS INSURANCE COMPANY,
      Defendant-Appellee.

SC: 141894
COA: 291368
Genesee CC: 08-088716-CK

_____/

On order of the Court, the application for leave to appeal the September 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

p0131